IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Germielenne Reyes, | NO. C 11-06664 JW |
|       Plaintiff,<br>  v. | **ORDER VACATING DATES; SETTING STATUS CONFERENCE** |
| Home Depot/Citibank, National Association, | |
|       Defendant. | |

Presently before the Court is the parties' Notice of Settlement. (Docket Item No. 13.) In their Notice of Settlement, the parties contend that they "have reached a settlement of all pending matters before this Court," and request that the upcoming Case Management Conference be vacated. (Id. at 1.) Further, the parties contend that "[w]ithin 20 days from the date of this filing, [they] will execute a stipulated dismissal." (Id. at 1-2.)

In light of the parties' contentions regarding their settlement, the Court VACATES all pretrial dates in this matter. The Court sets **May 21, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **May 11, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to file a dismissal.

Dated: April 24, 2012

                                        JAMES WARE
                                        United States District Chief Judge

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Arvin Cero Lugay alugay@snllp.com
   Jeffrey A. Topor jtopor@snllp.com
3  Scott Joseph Sagaria sjsagaria@sagarialaw.com
   Tomio Buck Narita tnarita@snllp.com
4

5  **Dated:  April 24, 2012**                              **Richard W. Wieking, Clerk**

6
7                                                          **By:      /s/ JW Chambers            **
                                                                **T. De Martini**
8                                                               **Courtroom Deputy**