**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10  Germielenne Reyes,                          NO. C 11-6664 JW

11            Plaintiff,              **ORDER CONTINUING STATUS**
        v.                           **CONFERENCE RE. SETTLEMENT**
12
    Home Depot/Citibank, Nat'l Assn,
13
            Defendant.
14                                              /

15        This case is scheduled for a Status Conference on May 21, 2012.  On May 11, 2012, pursuant

16  to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties conferred and

17  duly submitted a Joint Status Report.  (See Docket Item No. 15.)  In their Status Report, the parties

18  inform the Court that they are in the process of executing the terms of the settlement and request an

19  additional 30 days to do so.  (Id.)

20        In light of the representations made by the parties in their Status Report, the Court finds that

21  an appearance by the parties would be premature at this time.  Accordingly, the Court CONTINUES

22  the Status Conference to **June 25, 2012 at 10 a.m.**  On or before **June 15, 2012**, the parties shall file

23  either a Stipulated Dismissal or a Joint Status Statement.  In their Joint Statement, the parties shall

24  set forth the status of the settlement and how much additional time is requested to file a dismissal.

25

26  Dated:  May 16, 2012

27                                         JAMES WARE
                                           United States District Chief Judge
28

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Arvin Cero Lugay alugay@snllp.com
      Jeffrey A. Topor jtopor@snllp.com
3    Scott Joseph Sagaria sjsagaria@sagarialaw.com
      Tomio Buck Narita tnarita@snllp.com

4

5

6    **Dated: May 16, 2012**                        **Richard W. Wieking, Clerk**

7

                                     **By:**     **/s/ JW Chambers**
8                                             **William Noble**
                                            **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28