1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT W. GALE (BAR # 263326)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorneys for Plaintiff

6  JEFFREY A. TOPOR (SBN # 195545)
   jtopor@snllp.com
7  ARVIN CERO LUGAY (SBN # 242599)
   alugay@snllp.com
8  SIMMONDS & NARITA LLP.
   44 Montgomery Street Suite 3010
9  San Francisco, CA 90071-1514
   Telephone: 415-289-1000
10 Facsimile: 415-382-2625

11 Attorneys for Defendant

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GERMIELENNE REYES, | Case No.: 3:11-cv-06664-JSW |
| Plaintiff, | STIPULATED DISMISSAL |
| v. | |
| CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

 Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   May 18, 2012

/s/ Elliot Gale
Elliot Gale, Esq.
Attorney for Plaintiff

/s/ Jeffrey Topor
Jeffrey A. Topor, Esq.
Attorney for Defendant